AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Trinseo Europe GmbH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:20-cv-00478 |
| Stephen Harper, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kellogg Brown & Root, LLC.

Date: 11/11/2022

/s/ Abigail C. Noebels
*Attorney's signature*

Abigail C. Noebels, TX 24083578, SDTX 2209468
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
*Address*

anoebels@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 654-6666
*FAX number*