In the United States District Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| **Trinseo Europe GmbH,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action Nos. 4:20-cv-00478 & |
| | § | 4:20-cv-04051 |
| **Stephen Harper (a/k/a Steve Harper),** | § | |
| **Steve Harper Consulting, Inc. and** | § | Jury Demanded |
| **Polycarbonate Consulting Services, Inc.,** | § | |
| **Kellogg Brown & Root, LLC, William** | § | |
| **"Bill" Davis and Polycarbonate Resins** | § | |
| **Consultants, LLC,** | § | |
| | § | |
| *Defendants.* | § | |

## JOINT STIPULATION REGARDING POST-VERDICT MOTIONS BRIEFING SCHEDULE

Plaintiff Trinseo Europe GmbH ("Trinseo") and Defendants Stephen Harper ("Harper"), Steve Harper Consulting, Inc. ("Harper Consulting"), Polycarbonate Consulting Services, Inc. ("PCS"), and Kellogg Brown & Root, LLC ("KBR") (together, the "Parties"), by and through their undersigned attorneys, hereby jointly stipulate and agree as set forth herein to the following briefing schedule and deadlines as to the Parties' post-verdict motions. Accordingly, the Parties jointly STIPULATE and AGREE as follows:

1. Trinseo's Response to KBR's Renewed Motion for Judgment as a Matter of Law (Doc. 326) shall be filed on or before **April 11, 2024**.

2. KBR's and the Harper Defendants' Response to Trinseo's Sealed Motion to Enter Judgment (Doc. 328) and Sealed Motion for Entry of Permanent Injunction (Doc. 330) shall be filed on or before **April 15, 2024**.

3. Trinseo's Response to the Harper Defendants' Renewed Motion for Judgment as a Matter of Law (Doc. 333) shall be filed on or before **April 17, 2024**.

4.   Replies to each of these responses shall be filed on or before 21 calendar days from the deadlines outlined above.  Thus,

    a.   KBR's and the Harper Defendants' Reply to Trinseo's Response to KBR's Renewed JMOL shall be filed on or before **May 2, 2024**;

    b.   Trinseo's Reply to KBR's and the Harper Defendants' Response to Trinseo's Motions shall be filed on or before **May 6, 2024**; and

    c.   The Harper Defendants Reply to Trinseo's Response to their JMOL shall be filed on or before **May 8, 2024**.

5.   Sur-Replies, if any, to each set of replies shall be filed 17 calendar days from the date the reply is filed.

SO STIPULATED:

DATED: March 25, 2024                                              Respectfully submitted,

By:   */s/ Stewart Hoffer*
      Stewart Hoffer
      Attorney-in-charge
      Texas Bar No. 00790891
      SDTX No. 20123
      shoffer@hicks-thomas.com
      Stephen M. Loftin
      Texas Bar No. 12489510
      SDTX No. 12676
      sloftin@hicks-thomas.com
      HICKS THOMAS LLP
      700 Louisiana Street, Suite 2300
      Houston, Texas 77002
      Telephone: (713) 547-9100
      Facsimile: (713) 547-9150

*Counsel for Plaintiff*
*Trinseo, Europe GmbH*

By: */s/ Benjamin F. Foster w/ permission*
      Benjamin F. Foster
      Texas State Bar No. 24080898
      ben@fosteryarborough.com
      FOSTER YARBOROUGH, PLLC
      917 Franklin, Suite 220
      Houston, Texas 77002
      Telephone: (713) 331-5254
      Facsimile: (713) 513-5202

*Counsel for Stephen Harper (a/k/a Steve Harper), Steve Harper Consulting, Inc. and Polycarbonate Consulting Services, Inc*.

By:    */s/ Katherine E. Drews w/ permission*
Geoffrey L. Harrison
Attorney-in-charge
Texas State Bar No. 00785947
S.D. Admissions No. 16690
gharrison@susmangodfrey.com
Matthew Behncke
Texas State Bar No. 24069355
S.D. Admissions No. 1121174
mbehncke@susmangodfrey.com
Abigail C. Noebels
Texas State Bar No. 24083578
S.D. Admissions No. 2209468
anoebels@susmangodfrey.com
Katherine E. Drews
Texas State Bar No. 24122052
S.D. Admissions No. 3748781
kdrews@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666


Warren W. Harris
Texas State Bar No. 09108080
S.D. Admissions No. 11318
warren.harris@bracewell.com
Walter A. Simons
Texas State Bar No. 24098429
S.D. Admissions No. 3206734
walter.simons@bracewell.com
BRACEWELL LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (800) 404-3970

***Counsel for Kellogg Brown & Root, LLC***

## Certificate of Service

      I hereby certify that on March 25, 2024, a true and correct copy of above and forgoing document was served on the parties listed below electronically via the Court's CM/ECF noticing system and/or via email pursuant to the agreement of the parties.

| | | |
|---|---|---|
| Benjamin Foster | Geoffrey L. Harrison | Warren W. Harris |
| ben@fosteryarborough.com | gharrison@susmangodfrey.com | warren.harris@bracewell.com |
| Alisa Lipski | Matthew Behncke | Walter A. Simons |
| alisa@fosteryarborough.com | mbehncke@susmangodfrey.com | walter.simons@bracewell.com |
| FOSTER YARBOROUGH, LLP | Katherine Drews | BRACEWELL LLP |
| 917 Franklin Street, Suite 220 | kdrews@susmangodfrey.com | 711 Louisiana, Suite 2300 |
| Houston, Texas 77002 | Abigail Noebels | Houston, Texas 77002 |
| | anoebels@susmangodfrey.com | |
| | SUSMAN GODFREY L.L.P. | |
| | 1000 Louisiana Street, Ste. 5100 | |
| | Houston, Texas 77002 | |

                                                            */s/ Stewart Hoffer*
                                                            Stewart Hoffer