United States District Court
Southern District of Texas
**ENTERED**
April 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRINSEO, S.A., | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-0478 |
| STEPHEN HARPER, *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER

The Court issues this order in response to the parties' Join Stipulation Regarding Post-Verdict Motions Briefing Schedule. (Doc. No. 349). Given the complexity of this case, the Court approves of the briefing schedule as stipulated by the parties. According to this schedule (and the Court's calculation), the latest date that any Sur-Reply may be filed is May 25, 2024, which is a Saturday. The Court will therefore extend this Sur-Reply deadline to May 28, 2024. As of this date, the Court will consider all post-verdict motions ripe for ruling. No briefings filed after this date will be considered, and the Court will not grant any further continuances or extensions so that this matter may be resolved expeditiously.

SIGNED at this 11th day of April, 2024.

Andrew S. Hanen
United States District Judge