In the United States District Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| **Trinseo Europe GmbH,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action Nos. 4:20-cv-00478 & |
| | § | 4:20-cv-04051 |
| **Stephen Harper (a/k/a Steve Harper),** | § | |
| **Steve Harper Consulting, Inc. and** | § | Jury Demanded |
| **Polycarbonate Consulting Services, Inc.,** | § | |
| **Kellogg Brown & Root, LLC, William** | § | |
| **"Bill" Davis and Polycarbonate Resins** | § | |
| **Consultants, LLC,** | § | |
| | § | |
| *Defendants.* | § | |

**AGREED, AMENDED STIPULATION REGARDING POST-VERDICT
MOTIONS BRIEFING SCHEDULE**

Plaintiff Trinseo Europe GmbH ("Trinseo") and Defendants Stephen Harper, Steve Harper Consulting, Inc., and Polycarbonate Consulting Services, Inc. (the "Harper Defendants"), by and through their undersigned attorneys, hereby jointly stipulate and agree as set forth herein to the following amended briefing schedule and deadlines as to Trinseo's and the Harper Defendants' post-verdict motions. Accordingly, Trinseo and the Harper Defendants jointly STIPULATE and AGREE as follows:

1. The Harper Defendants' Response to Trinseo's Sealed Motion to Enter Judgment (Doc. 328) and Sealed Motion for Entry of Permanent Injunction (Doc. 330) shall be filed on or before April 18, 2024.

2. Trinseo's Response to the Harper Defendants' Renewed Motion for Judgment as a Matter of Law (Doc. 333) shall be filed on or before April 26, 2024.

3. The Replies to each of the above responses shall be filed on or before 21 calendar days from the deadlines outlined above. Thus,

a. Trinseo's Reply to the Harper Defendants' Response to Trinseo's Motions shall be filed on or before May 9, 2024; and

b. The Harper Defendants' Reply to Trinseo's Response to the Harper Defendants' Renewed JMOL shall be filed on or before May 17, 2024; and

4. Sur-Replies, if any, to each set of replies shall be filed 17 calendar days from the date the reply is filed.

SO STIPULATED:

DATED: April 15, 2024                        Respectfully submitted,

By:   */s/ Stewart Hoffer*                    By: */s/ Benjamin F. Foster w/ permission*

Stewart Hoffer                                        Benjamin F. Foster
Attorney-in-charge                            Texas State Bar No. 24080898
Texas Bar No. 00790891                    ben@fosteryarborough.com
SDTX No. 20123                                    FOSTER YARBOROUGH, PLLC
shoffer@hicks-thomas.com                  917 Franklin, Suite 220
Stephen M. Loftin                                Houston, Texas 77002
Texas Bar No. 12489510                      Telephone: (713) 331-5254
SDTX No. 12676                                   Facsimile: (713) 513-5202
sloftin@hicks-thomas.com
HICKS THOMAS LLP                           ***Counsel for Stephen Harper (a/k/a Steve***
700 Louisiana Street, Suite 2300           ***Harper), Steve Harper Consulting, Inc. and***
Houston, Texas 77002                      ***Polycarbonate Consulting Services, Inc***.
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

***Counsel for Plaintiff***
***Trinseo Europe GmbH***

## **Certificate of Service**

      I hereby certify that on April 15, 2024, a true and correct copy of above and forgoing document was served on the parties listed below electronically via the Court's CM/ECF noticing system and/or via email pursuant to the agreement of the parties.

| | | |
|---|---|---|
| Benjamin Foster<br>ben@fosteryarborough.com<br>Alisa Lipski<br>alisa@fosteryarborough.com<br>FOSTER YARBOROUGH, LLP<br>917 Franklin Street, Suite 220<br>Houston, Texas 77002 | Geoffrey L. Harrison<br>gharrison@susmangodfrey.com<br>Matthew Behncke<br>mbehncke@susmangodfrey.com<br>Katherine Drews<br>kdrews@susmangodfrey.com<br>Abigail Noebels<br>anoebels@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Ste. 5100<br>Houston, Texas 77002 | Warren W. Harris<br>warren.harris@bracewell.com<br>Walter A. Simons<br>walter.simons@bracewell.com<br>BRACEWELL LLP<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002 |

                                                */s/ Stewart Hoffer*
                                                Stewart Hoffer