**In the United States District Court
for the Southern District of Texas
Houston Division**

| | | |
|---|---|---|
| **Trinseo Europe GmbH,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action Nos. 4:20-cv-00478 &** |
| | § | **4:20-cv-04051** |
| **Stephen Harper (a/k/a Steve Harper),** | § | |
| **Steve Harper Consulting, Inc. and** | § | **Jury Demanded** |
| **Polycarbonate Consulting Services, Inc.,** | § | |
| **Kellogg Brown & Root, LLC, William** | § | |
| **"Bill" Davis and Polycarbonate Resins** | § | |
| **Consultants, LLC,** | § | |
| | § | |
| *Defendants.* | § | |

**Joint Stipulated Briefing Schedule Regarding
KBR's Alternative Motion for New Trial and Remittitur [Doc. 350]**

Plaintiff Trinseo Europe GmbH ("Trinseo") and Defendant Kellogg Brown & Root, LLC ("KBR") (together, the "Parties") hereby jointly stipulate to the following briefing schedule and deadlines regarding KBR's Alternative Motion for New Trial and Remittitur.

1.      Trinseo's Response to KBR's Alternative Motion for New Trial and Remittitur shall be filed on or before **April 26, 2024**.

2.      KBR's Reply to Trinseo's Response to KBR's Alternative Motion for New Trial and Remittitur shall be filed on or before **May 13, 2024**.

3.      Trinseo's Surreply, if any, to KBR's Reply to Trinseo's Response to KBR's Alternative Motion for New Trial and Remittitur shall be filed on or before **May 28, 2024**.

SO STIPULATED:

DATED: April 23, 2024                    Respectfully submitted,


By: ___/s/ Stewart Hoffer_____          By: ___/s/ Matthew Behncke w/ permission
    Stewart Hoffer                                   Geoffrey L. Harrison
    Attorney-in-charge                               Attorney-in-charge
    Texas Bar No. 00790891                           Texas State Bar No. 00785947
    SDTX No. 20123                                   S.D. Admissions No. 16690
    shoffer@hicks-thomas.com                         gharrison@susmangodfrey.com
    Stephen M. Loftin                                Matthew Behncke
    Texas Bar No. 12489510                           Texas State Bar No. 24069355
    SDTX No. 12676                                   S.D. Admissions No. 1121174
    sloftin@hicks-thomas.com                         mbehncke@susmangodfrey.com
    HICKS THOMAS LLP                                 Abigail C. Noebels
    700 Louisiana Street, Suite 2300                 Texas State Bar No. 24083578
    Houston, Texas 77002                             S.D. Admissions No. 2209468
    Telephone: (713) 547-9100                        anoebels@susmangodfrey.com
    Facsimile: (713) 547-9150                        Katherine E. Drews
                                                     Texas State Bar No. 24122052
    **Counsel for Plaintiff**                        S.D. Admissions No. 3748781
    **Trinseo, Europe GmbH**                         kdrews@susmangodfrey.com
                                                     SUSMAN GODFREY L.L.P.
                                                     1000 Louisiana Street, Suite 5100
                                                     Houston, Texas 77002-5096
                                                     Telephone: (713) 653-7807
                                                     Facsimile: (713) 654-6666

                                                     Warren W. Harris
                                                     Texas State Bar No. 09108080
                                                     S.D. Admissions No. 11318
                                                     warren.harris@bracewell.com
                                                     Walter A. Simons
                                                     Texas State Bar No. 24098429
                                                     S.D. Admissions No. 3206734
                                                     walter.simons@bracewell.com
                                                     BRACEWELL LLP
                                                     711 Louisiana, Suite 2300
                                                     Houston, Texas 77002
                                                     Telephone: (713) 223-2300
                                                     Facsimile: (800) 404-3970

                                                     **Counsel for Kellogg Brown & Root, LLC**

### Certificate of Service

I hereby certify that on April 23, 2024, a true and correct copy of above and forgoing document was served on the parties listed below electronically via the Court's CM/ECF noticing system and/or via email pursuant to the agreement of the parties.

| | | |
|---|---|---|
| Benjamin Foster | Geoffrey L. Harrison | Warren W. Harris |
| ben@fosteryarborough.com | gharrison@susmangodfrey.com | warren.harris@bracewell.com |
| Alisa Lipski | Matthew Behncke | Walter A. Simons |
| alisa@fosteryarborough.com | mbehncke@susmangodfrey.com | walter.simons@bracewell.com |
| FOSTER YARBOROUGH, LLP | Katherine Drews | BRACEWELL LLP |
| 917 Franklin Street, Suite 220 | kdrews@susmangodfrey.com | 711 Louisiana, Suite 2300 |
| Houston, Texas 77002 | Abigail Noebels | Houston, Texas 77002 |
| | anoebels@susmangodfrey.com | |
| | SUSMAN GODFREY L.L.P. | |
| | 1000 Louisiana Street, Ste. 5100 | |
| | Houston, Texas 77002 | |

*/s/ Stewart Hoffer*
Stewart Hoffer