# EXHIBIT 1

**To Plaintiff's Response to Harper Defendants' Motion for FRCP 50(b) JMOL and Motion for 52(c) Judgment on Partial Findings**

*CONFIDENTIAL AND/OR AEO FILED UNDER SEAL PURSUANT TO THE PARTIES' AGREED PROTECTIVE ORDER*